IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER RAD,** : | | |
| Petitioner : | | |
| : | No. 1:21-cv-00171 | |
| v. : | | |
| : | (Judge Kane) | |
| **CRAIG A. LOWE,** : | | |
| Respondent : | | |

## ORDER

**AND NOW**, on this 13th day of April 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **GRANTED in part** and **DISMISSED in part**, as follows:

   a. The § 2241 petition (Doc. No. 1) is **GRANTED** to the extent Petitioner seeks an individualized bond hearing before an immigration judge, pursuant to the standards set forth in <u>German Santos v. Warden Pike County Correctional Facility</u>, 965 F.3d 203 (3d Cir. 2020), to review his continued detention pursuant to 8 U.S.C. § 1226(c);

   b. The § 2241 petition (Doc. No. 1) is **DISMISSED** for lack of jurisdiction to the extent Petitioner seeks to challenge his removal order;

2. Petitioner shall be afforded an individualized bond hearing before an immigration judge within thirty (30) days of the date of this Order;

3. At this hearing, the Government shall bear the burden of presenting clear and convincing evidence that Petitioner's continued detention is necessary to prevent him "from fleeing or harming the community."  See <u>German Santos</u>, 965 F.3d at 214; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
